UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KENNETH SCHNEIDER, LINDA )
SHAFFER, ALAN BRESLOW and )
GINNIFER GEE, on behalf of )
themselves and all others similarly )
situated, )
)
Plaintiffs, )
)
v. ) CASE NO. 10-cv-80259 -Zloch /Rosenbaum
)
DEUTSCHE BANK NATIONAL )
TRUST COMPANY, U.S. BANK )
NATIONAL ASSOCIATION, LENDER )
PROCESSING SERVICES, INC. and )
DOCX, LLC. )
)
Defendants. )

FILED by _____ D.C.

FEB 2 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF DISMISSAL

Plaintiffs KENNETH SCHNEIDER, LINDA SHAFFER, ALAN BRESLOW and GINNIFER GEE by and through their undersigned counsel, file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing Defendants, DEUTSCHE BANK NATIONAL TRUST COMPANY, U.S. BANK NATIONAL ASSOCIATION, LENDER PROCESSING SERVICES, INC. and DOCX, LLC., without prejudice.

1. Plaintiffs seek to voluntarily dismiss all claims against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice and with the parties incurring their own costs, if any in this matter.

2. The opposing parties have not filed an answer or a motion for summary judgment.

3. This matter has not been certified as a Rule 23 Class Action and therefore a Court Order pursuant to Rule 23(e) is not required.

4.  All applications for admission *pro hac* vice filed in this matter are withdrawn in light of Plaintiffs' Notice of Voluntary Dismissal.

WHEREFORE, the Plaintiffs, KENNETH SCHNEIDER, LINDA SHAFFER, ALAN BRESLOW and GINNIFER GEE, give Notice that this matter is Voluntarily Dismiss, without prejudice and with the parties bearing their own costs, if any in this matter.

Dated: February 25, 2010    By: *Lynn C. Szymoniak*

THE SZYMONIAK FIRM, P.A.
Lynn E. Szymoniak, Esq.
Florida Bar No: 0331953
The Metropolitan, PH2-05
403 S. Sapodilla Avenue
West Palm Beach, FL  33401
Telephone: (561) 247-1391

**JANET, JENNER & SUGGS, LLC**
Howard A. Janet, Esq. (*pro hac vice* pending)
Hal J. Kleinman, Esq. (to be admit. *pro hac vice*)
1829 Reisterstown Road
Suite 320
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903

**JANET, JENNER & SUGGS, LLC**
Kenneth M. Suggs, Esq. (*pro hac vice* pending)
500 Taylor Street
Columbia, South Carolina 29101
Telephone: (803) 726-0050
Facsimile: (803) 727-1059

**RICHARD A. HARPOOTLIAN, P.A.**
Richard A. Harpootlian, Esq. (*pro hac vice* pending)
Grahm L. Newman, Esq. (*pro hac vice* pending)
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
Telephone : (803) 252-4848

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by United States Mail on February 25, 2010 on all counsel or parties of record on the service list.

*Lynn E. Szymoniak*
Lynn E. Szymoniak, Esquire

## SERVICE LIST

DEUTSCHE BANK NATIONAL TRUST
C/O Registered Agent:
    CT Corporation System
    1200 South Pine Island Rd
    Plantation, Florida  33324

DOCX, LLC.
    601 Riverside Ave
    C/O Legal Department
    Jacksonville, Florida 32204

U.S. BANK NATIONAL ASSOCIATION,
    180 East Fifth Street
    St. Paul, Minnesota 55101

LENDER PROCESSING SERVICES, INC.
C/O Registered Agent:
    CT Corporation System
    1200 South Pine Island Rd
    Plantation, Florida  33324