UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80259-CIV-ZLOCH

KENNETH SCHNEIDER, LINDA
SHAFFER, ALAN BRESLOW and
GINNIFER GEE, on behalf of
themselves and all others
similarly situated,

       Plaintiffs,
vs.                           **FINAL ORDER OF DISMISSAL**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, U.S. BANK NATIONAL
ASSOCIATION, LENDER PROCESSING
SERVICES, INC., and DOCX, LLC.,

       Defendants.
_____/

THIS MATTER is before the Court upon Plaintiffs' Notice Of Voluntary Dismissal (DE 8). The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Notice Of Voluntary Dismissal (DE 8) be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___25th___ day of February, 2010.

                                        /s/ William J. Zloch
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:
All Counsel of Record